# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY T. VEAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV410-149 |
| | ) | |
| DENNIS BROWN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Anthony T. Veal petitions this Court for habeas relief under 28 U.S.C. § 2254. Doc. 1. He is currently confined in this District, doc. 1 at 1, but challenging a conviction that arose in Putnam County, Georgia, which is in the Middle District of Georgia. *Id.* at 2. In such situations, jurisdiction exists concurrently in both the district of the inmate's confinement and the district in which the conviction under attack was entered. *Wright v. Indiana*, 263 F. App'x 794, 795 (11th Cir. 2008). "The most convenient forum will often be the district in the state whose conviction is being attacked, and a transfer of the case to that district is permissible, but not required." *Id.* (citing *Byrd v. Martin*, 754 F.2d 963,

965 (11th Cir. 1985)).

Having considered petitioner's filing, the Court concludes that the Middle District would be the better forum for resolving this matter. Hence, this case should be transferred to the Middle District of Georgia, Macon Division. *See* 28 U.S.C. § 1404(a) (permitting a district court to transfer any civil action to another district or division where it may have been brought for the convenience of parties and witnesses and in the interest of justice); 28 U.S.C. § 90(a)(3) (Macon division for Putnam County cases).

**SO REPORTED AND RECOMMENDED** this 25th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA