FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 17 AM 11: 56

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY VEAL,

    Petitioner,

v.

DENNIS BROWN, Warden

    Respondent.

CASE NO. CV410-149

## O R D E R

Before the Court is the Magistrate Judge's report and recommendation (Doc. 2), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to United States District Court for the Middle District of Georgia, Macon Division. Upon transfer, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 17th day of September 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA